IN THE DISTRICT COURT OF THE UNITED STATES

DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| UNITED STATES OF AMERICA | ) | CRIM. NO. 1:15-cr-00882-JMC |
|---|---|---|
| vs. | ) | |
| TYRELL ODOMS | ) | |

**ORDER TO DISMISS CHARGES**

On March 10, 2016, the Government moved to dismiss charges currently pending against the defendant, TYRELL ODOMS. For the reasons stated in their motion, the Court grants the motion to dismiss.

Accordingly, it his hereby Ordered that the charges in this case, now pending against TYRELL ODOMS, are dismissed without prejudice.

IT IS SO ORDERED.

*J. Michelle Childs*
_____
J. MICHELLE CHILDS
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina

March __11th__, 2016